

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00847-CV

Wilbur Cornell **ODOM**,
Appellant

v.

Patricia **VAZQUEZ**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI26113
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:       Beth Watkins, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: May 24, 2023

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due March 29, 2023 and was not filed. On April 13, 2023, we ordered appellant to file, by April 28, 2023: (1) his brief; and (2) a written response reasonably explaining his failure to timely file a brief. In our order, we cautioned the appellant that if he failed to timely file a brief and written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant did not respond to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM